UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                       CASE NO. 8:19-cr-571-TPB-AEP

ROBERT BOEHME

**UNITED STATES' MOTION FOR ORDER OF RESTITUTION AND TO WITHDRAW REQUEST FOR BIFURCATED RESTITUTION HEARING**

The United States moves for this Court to order restitution in the amount stipulated by the parties, as further detailed below, at the sentencing hearing scheduled for May 11, 2021. Moreover, should this Court order restitution for the listed victims at the sentencing hearing, the United States moves to withdraw its previous request for a separate restitution hearing at a later date. The United States so requests for the following reasons:

1. On December 7, 2020, Boehme pleaded guilty by plea agreement to knowing receipt and possession of child pornography. Docs. 52, 56. As part of Boehme's plea agreement with the United States, he agreed to pay full restitution to victims of the offense. Doc. 52. The sentencing was set for April 13, 2021.

2. Before the April 13 sentencing date, however, counsel that had been recently engaged for one of Boehme's victims contacted the United States requesting additional time to request restitution. The United States moved to continue the restitution portion of Boehme's

sentencing, which this Court granted. Docs. 69, 74.

3. The day of the scheduled April 13 sentencing, however, Boehme moved to continue the sentencing. Doc. 72. This Court granted the motion, and the sentencing is now scheduled for May 11. Doc. 75. As a result, counsel for victims had additional time to request restitution, and the United States had additional time to consult with victims' counsel.

4. In consultation with victims' counsel, and based on the statutory criteria and relevant facts, the United States formulated its position on the amount of restitution each victim requesting restitution was entitled to receive under 18 U.S.C. § 2259. A chart listing each victim from whom the United States has received a request for restitution, along with the amount that the United States requests that this Court orders for each victim, is attached to this motion. The United States consulted with counsel for Boehme, who agreed to stipulate that the victims listed in the chart are eligible to receive restitution in the listed amounts.

5. Should this Court accept the stipulation of the parties and order restitution to those victims at the sentencing hearing, a separate hearing to present additional evidence and argument concerning restitution eligibility will not be necessary.

Therefore, the United States respectfully requests that, at sentencing, this

Court accept the stipulation of the parties concerning restitution and order that Boehme pay restitution to the victims and in the amounts listed in Attachment A. Moreover, should this Court order restitution to those victims at sentencing, the United States withdraws its request for a separate restitution hearing at a later date.

    Respectfully submitted,

    Karin Hoppmann
    Acting United States Attorney

By:   */s/ Colin P. McDonell*
     Colin P. McDonell
     Assistant United States Attorney
     United States Attorney 183
     400 N. Tampa St., Ste. 3200
     Tampa, FL 33602-4798
     Telephone: (813) 274-6000
     Facsimile: (813) 274-6358
     E-mail: Colin.McDonell@usdoj.gov

U.S. v. BOEHME                                        Case No. 8:19-cr-571-TPB-AEP

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Peter Lombardo, Esq.

                      By:  */s/ Colin P. McDonell*
                             Colin P. McDonell
                             Assistant United States Attorney
                             United States Attorney 183
                             400 N. Tampa St., Ste. 3200
                             Tampa, FL 33602-4798
                             Telephone: (813) 274-6000
                             Facsimile: (813) 274-6358
                             E-mail: Colin.McDonell@usdoj.gov