**EXHIBIT A**

## Attachment A: Parties' Stipulated Restitution Amounts

| Series/Victim | Parties' Stipulated Amount |
|---|---|
| Vicky series | $3,000 |
| Jan_Socks series "Sierra" | $3,000 |
| At School series "Violet" | $3,000 |
| J_Blonde series "Solomon" | $6,000 |
| Cinder Block Blue series "Jane" | $3,000 |
| PinkHeartSisters series "Erika" | $3,000 |
| PinkHeartSisters series "Tori" | $3,000 |
| Teal&PinkPrincess series "Raven" | $3,000 |
| Jessica series | $3,000 |
| Misty series "Amy" | $3,000 |
| Jenny series | $3,000 |
| BluesPink series "Erin" | $3,000 |
| BluesPink series "Fiona" | $3,000 |

| | |
|---|---|
| Sponge Bob series "Andy" | $3,000 |
| Cindy series | $3,000 |
| Middle Model Sister series "Anna" | $3,000 |
| BluePillow1 series "Henley" | $3,000 |
| Lighthouse1 series "Maureen" | $3,000 |
| Surfer Hair series "Jessy" | $3,000 |
| Sweet White Sugar series "Pia" | $3,000 |
| RapJerseys series "Kauzie" | $3,000 |
| Rap72 series "Jack" | $3,000 |
| 8 Kids series "John Doe I" | $3,000 |
| 8 Kids series "John Doe II" | $3,000 |
| 8 Kids series "John Doe III" | $3,000 |
| 8 Kids series "John Doe IV" | $3,000 |
| 8 Kids series "John Doe V" | $3,000 |
| RapCK series "Ryan" | $3,000 |
| Angela series | $3,000 |

| | |
|---|---|
| 2crazygurls series "Chelsea" | $3,000 |
| Linda&Patty1 series "Patty" | $3,000 |
| | **Total**: $96,000 |